Lamar B. Seeley, Appellant, v. Andrew B. Hammond, Respondent.—

Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr and Woodward, JJ., concurred; Rich, J., dissented.

William R. Ware and Others, Respondents, v. Isabel Hicks and Evelyn Weed, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Charles H. Webb, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that the issues should have been submitted to the jury. Thomas, Carr and Rich, JJ., concurred; Jenks, P. J., and Hirschberg, J., dissented.